IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 11-cv-00204-JPG |
| | ) |
| CITY OF PINCKNEYVILLE, IL, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   October 4, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Jina Hoyt, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE